UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| CRAIG SCHNEBELEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:25-cv-00217-SNLJ |
| | ) | |
| SELECTIVE INSURANCE COMPANY | ) | |
| OF SOUTH CAROLINA, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter was set by this Court for a Rule 16 scheduling conference on January 22, 2026.  [Doc. 15].  Under the terms of that Order, the parties were required to file a proposed joint scheduling plan for the Court's consideration by no later than March 16, 2026.  [*Id.*].  The parties failed to do so by the deadline.  Then, on March 19, 2026, a proposed joint scheduling plan was filed.  [Doc. 16].  That proposed joint scheduling plan is signed by Sean W. Westhoff as attorney for plaintiff.  [*Id.*].  However, as of this date, there is no attorney of record for plaintiff.  Accordingly, the proposed joint scheduling plan shall be **STRICKEN**.

The Court had granted a request from plaintiff Craig Schnebelen's attorney Jonathan Edward Scrabacz to withdraw from representing him.  [Doc. 13].  If either Jonathan Edward Scrabacz or Sean W. Westhoff intend on representing plaintiff in this matter, then an appearance or a motion for admission pro hac vice must be filed before any pleadings

are filed on behalf of plaintiff.

Accordingly,

**IT IS HEREBY ORDERED** that **the Rule 16 conference, currently set for March 23, 2026, at 11:00 a.m. is cancelled**.

**IT IS FURTHER ORDERED** that the proposed joint scheduling plan filed March 19, 2026 [Doc. 16] shall be **STRICKEN**.

**IT IS FURTHER ORDERED** that Jonathan Edward Skrabacz (jon@bwnelaw.com) or Sean W. Westhoff (sean@bwnelaw.com) shall file their appearance or motion for admission pro hac vice in this matter **within the next 7 days**.  If they do not intend on entering an appearance on behalf of plaintiff, then they are ordered to provide the last known mailing address, email address, and telephone number for plaintiff Craig Schnebelen **within 7 days**.

**IT IS FINALLY ORDERED** that if the case has not settled, a proposed joint scheduling plan for this case shall be filed by the **parties of record** by March 27, 2026.  A Rule 16 conference will be rescheduled only after this Court receives the parties' proposed joint scheduling plan.

**SO ORDERED** this 19th day of March, 2026.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE

2